IN THE UNITED STATES DISTRICT DISRICT COURT FOR THE SOUTHERN DISTRICT
OF IOWA EASTERN DIVISION

| | | |
|---|---|---|
| HAHN READY-MIX COMPANY, an Iowa Corporation, | ) ) ) | CASE NO. _____ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **PETITION AT LAW** |
| CURRY'S TRANSPORTATION SERVICE, INC., an Iowa Corporation, and DANIEL PORTILLO, | ) ) ) ) | |
| Defendant. | ) ) | |

COMES NOW Plaintiff, Hahn-Ready Mix Company, by and through its attorney, Kevin L. Halligan of Bush, Motto, Creen, Koury & Halligan, P.L.C., and for its cause of action against Defendants, Daniel Portillo and Curry's Transportation Service, Inc., sets forth the following:

### **COMMON ALLEGATIONS**

1.     At all times material hereto, Plaintiff, Hahn Ready-Mix Company ("Hahn Ready Mix") was an Iowa Corporation with its principal place of business located at 3636 W. River Drive, Davenport, Scott County, Iowa.

2.     At all times material hereto, Defendant, Curry's Transportation Service, Inc., ("Curry's Transportation") was an Iowa Corporation with its principal place of business located at 4200 Hwy 61 South, Muscatine, Muscatine County, Iowa.

3.     At all times hereto, Defendant, Daniel Portillo (hereinafter "Portillo"), resided at 311 Zearing Avenue, Princeton, Bureau County, Illinois.

4.     On or about October 22, 2018, Plaintiff Hahn Ready-Mix entered into an oral contract with Defendant, Curry's Transportation to transport equipment it had purchased from Kimble Manufacturing Company (hereinafter "Kimble Manufacturing"), including three (3) pedestals, one (1) skid and one (1) cut parts

5.     Defendant, Curry's Transportation agreed to safely transport that equipment from Kimble Manufacturing's location at 1951 Reiser Avenue, SE, New Philadelphia, Ohio to Plaintiff, Hahn Ready-Mix's location at 3636 W. River Drive, Davenport, Iowa.

6.     That Plaintiff, Hahn Ready-Mix paid Defendant Curry's Transportation $1,700.00 to transport the equipment it purchased from Kimble Manufacturing's New Philadelphia, Ohio facility to its Davenport location.

7.     On October 30, 2018, while transporting the equipment, Plaintiff, Hahn Ready-Mix had purchased from Kimble Manufacturing, Curry's Transportation's driver, Daniel Portillo, struck a bridge in South Holland, Illinois damaging Plaintiff, Hahn Ready-Mix's equipment.

8.     That when the equipment arrived at Plaintiff, Hahn Ready-Mix's, it refused the shipment in the condition it was in and Defendant, Curry's Transportation returned the damaged equipment to Kimble Manufacturing.

9.     That Plaintiff, Hahn Ready-Mix, paid Kimble Manufacturing $28,266.88, for that equipment. *See Credit Service Remittance dated 02/15/19 attached hereto as Exhibit "A".*

10.     That on December 4, 2018, Defendant, Curry's Transportation sent a letter denying responsibility for Plaintiff Hahn Ready-Mix's damaged equipment.

## COUNT I – CARMACK AMENDMENT

(Curry's Transportation Service, Inc)

11.     That Plaintiff, Hahn Ready-Mix restates and re-alleges paragraphs 1-10 of the Common Allegations of its Petition at Law as paragraph 11 of Count I.

12.     Under the Carmack Amendment, 49 U.S.C §14706, et seq., provides that a carrier is liable for the actual loss or injury it causes to a shipper's property.

13.     That the equipment was delivered to Curry's Transportation in good condition.

14.     That the equipment arrived at Hahn Ready-Mix in a damaged condition.

15.     That as a proximate result of the negligence of Defendant Curry's Transportation, Plaintiff Hahn Ready-Mix sustained damages to the equipment it purchased from Kimble Manufacturing in the amount of $28,266.88. *See Credit Service Remittance dated 02/15/19 attached hereto as Exhibit "A".*

16.     That on May 24, 2019, Hahn Ready-Mix's attorney sent to Curry's Transportation a Notice of Claim pursuant to 49 C.F.R. §370.3(b). *See Notice Letter dated 05/24/19 attached hereto as Exhibit "B".*

WHEREFORE, Plaintiff, Hahn Ready-Mix Company, respectfully requests that this Honorable Court enter judgment against Defendant, Curry's Transportation Service, Inc., in the

amount of $28,266.88, plus costs, plus interest at the statutory rate, and for any further relief that this Court deems just and equitable.

## COUNT II – NEGLIGENCE

(Daniel Portillo)

17.     That Plaintiff, Hahn Ready-Mix restates and re-alleges paragraphs 1-10 of the Common Allegations of its Petition at Law as paragraph 17 of Count II.

18.     Defendant, Portillo, was then and there negligent in one or more of the following respects:

      (a)    Failing to reduce speed to avoid an accident in violation of 625 ILCS 5/11-601(a);

      (b)    Failing to keep a proper lookout;

      (c)    Failing to maintain control of his vehicle so as to avoid colliding with the bridge;

      (d)    Failing to pay attention to the road so as to avoid colliding with the bridge;

      (e)    Failing to insure the vehicle he was driving did not exceed the maximum allowable height; and

      (f)    Failing to insure the vehicle he was driving was not at a height that would be too tall to safely travel on Illinois roadways.

19.     As a proximate result of the negligence of Defendant, Portillo, Plaintiff Hahn Ready-Mix sustained damages its property in the amount of $28,266.88. *See Credit Service Remittance dated 02/15/19 attached hereto as Exhibit "A".*

WHEREFORE, Plaintiff, Hahn Ready-Mix Company, respectfully requests that this Honorable Court enter judgment against Defendant, Daniel Portillo, jointly and severally, in the amount of $28,266.88, plus costs, plus interest at the statutory rate, and for any further relief that this Court deems just and equitable.

## COUNT III – BREACH OF CONTRACT

(Curry's Transportation Service, Inc.)

20.     That Plaintiff, Hahn Ready-Mix restates and re-alleges paragraphs 1-10 of the Common Allegations of its Petition at Law as paragraph 20 of Count III.

21.     That Defendant, Curry's Transportation breached its contract with Plaintiff Hahn Ready-Mix when its driver caused damage to the equipment during its transportation from Kimble Manufacturing's Ohio location to Plaintiff, Hahn Ready-Mix's location in Davenport, Iowa.

22.     That as a result of Defendant, Curry's Transportation's breach of its oral contract to safely transport Plaintiff, Hahn Ready-Mix's equipment, Plaintiff, Hahn Ready-Mix sustained $28,266.88 in damages. *See Credit Service Remittance dated 02/15/19 attached hereto as Exhibit "A".*

23.     That Plaintiff, Hahn Ready-Mix complied with its obligations under the contract.

24.     That Plaintiff, Hahn Ready-Mix on or about January 28, 2019 requested Defendant, Curry's Transportation to pay for the damages which resulted from their breach of contract and Defendant, Curry's Transportation denied it was liable for said damages.

WHEREFORE Plaintiff, Hahn Ready-Mix Company, respectfully requests that this Honorable Court enter judgment against Defendant, Curry's Transportation Service, Inc., jointly and severally, in the amount of $28,266.88, plus costs, plus interest at the statutory rate, and for any further relief that his Court deems just and equitable.

## COUNT IV – NEGLIGENCE

(Curry's Transportation Service, Inc.)

25.     That Plaintiff, Hahn Ready-Mix restates and re-alleges paragraphs 1-10 of the Common Allegations of its Petition at Law as paragraph 25 of Count IV.

26.     That Defendant Curry's Transportation's driver Portillo was acting within the course and scope of his employment while transporting the equipment Plaintiff Hahn Ready-Mix's had purchased from Kimble Manufacturing.

27.     That under the doctrine of *respondeat superior* Defendant Curry's Transportation is liable for the damage caused by its employee in the course and scope of his employment.

28.     Defendant, Curry's Transportation was then and there negligent in one or more of the following respects:

(a)     Failing to reduce speed to avoid an accident in violation of 625 ILCS 5/11-601(a);

(b)     Failing to keep a proper lookout;

    (c)      Failing to maintain control of its vehicle so as to avoid colliding with the bridge;

    (d)      Failing to pay attention to the road so as to avoid colliding with the bridge;

    (e)      Failing to insure the vehicle he was driving did not exceed the maximum allowable height; and

    (f)      Failing to insure the vehicle he was driving was not at a height that would be too tall to safely travel on Illinois roadways.

29.     As a proximate result of the negligence of Defendant, Curry's Transportation, Plaintiff, Hahn Ready-Mix sustained damages to the equipment it purchased from Kimble Manufacturing in the amount of $28,266.88. *See Credit Service Remittance dated 02/15/19 attached hereto as Exhibit "A".*

WHEREFORE, Plaintiff, Hahn Ready-Mix Company, respectfully requests that this Honorable Court enter judgment against Defendant, Curry's Transportation Service, Inc., jointly and severally, in the amount of $28,266.88, plus costs, plus interest at the statutory rate, and for any further relief that this Court deems just and equitable.

Respectfully submitted this **5th** day of September, 2019.

Kevin L. Halligan  AT#14998
Bush, Motto, Creen, Koury & Halligan, P.L.C.
5505 Victoria Avenue, #100
Davenport, Iowa 52807
Telephone: 563-344-4900
Facsimile: 563-344-8961
E-mail: klhalligan@bmcklaw.com

ATTORNEYS FOR PLAINTIFF

**HAHN READY MIX COMPANY**
**3636 WEST RIVER DRIVE**
**DAVENPORT, IA  52802**

## Credit Service Remittance

KIMBLE MIXER CO
1951 REISER AVE SE
NEW PHILADELPHIA OH 44663

| Vendor Number: | 10543 |
| Effective Date: | 02/15/19 |
| CM Reference: | 1055 |

| AP Ref | Inv Date | Description | Gross | Discount | Deducts | Net |
|--------|----------|-------------|-------|----------|---------|-----|
| IV185548 | 10/29/18 | H010150 TRUCK PARTS FOR DRL | 28,266.88 | 0.00 | 0.00 | 28,266.88 |
| | Total For Pay Seq. 12 | | 28,266.88 | 0.00 | 0.00 | 28,266.88 |

**EXHIBIT**
"A"
tabbies®

# BUSH, MOTTO, CREEN, KOURY & HALLIGAN, P.L.C.

*Attorneys and Counselors at Law*
5505 VICTORIA AVENUE, SUITE 100
DAVENPORT, IA 52807

MICHAEL K. BUSH*
MICHAEL J. MOTTO, P.C.
JOSEPH C. CREEN*
WILLIAM J. BUSH, P.C.*
KEVIN L. HALLIGAN*
MICHAEL A. KOURY*
MICHAEL E. MOTTO*
JOHN C. BUSH**

TELEPHONE
(563) 344-4900

FACSIMILE
(563) 344-8961

\* ADMITTED IN IOWA AND ILLINOIS
\*\* ADMITTED IN IOWA, ILLINOIS AND TEXAS

May 24, 2019

Kimberly P. Knoshaug
Lewis, Webster, VanWinkle & Knoshaug, L.L.P.
400 Locust Street, Ste. 380
Des Moines, Iowa 50309

Jason Orleans
Orleans, Canty, Novy, L.L.C.
65 E. Wacker Place, Suite 1220
Chicago, IL 60601

**RE:    Hahn Ready-Mix Company v. Curry's Transportation Services, Inc. and
Daniel Portillo – Notice of Claim Pursuant to 49 C.F.R. §370.3(b)**

Dear Ms. Knoshaug and Mr. Orleans:

As a result of both of you having indicated representation of Curry's Transportation
Services, Inc., at some point in the after-mentioned matter, I'm forwarding Hahn Ready-Mix
Company's Notice of Claim pursuant to 49 C.F.R. §370.3(b) for your consideration.

On or about October 22, 2018, Hahn Ready-Mix Company (hereinafter "Hahn Ready-
Mix"), entered into an oral agreement with Curry's Transportation Service, Inc., (hereinafter
"Curry's Transportation"), to transport certain cement mixing equipment it had ordered from
Kimble Mixer Company (hereinafter "Kimble Mixer").  Attached hereto as Exhibit "A" is a
quotation from Kimble Mixer setting forth the equipment to be transported by Curry's
Transportation.

Curry's Transportation agreed to safely transport that equipment from Kimble Mixer's
location at 1951 Riser Avenue, SE, New Philadelphia, Ohio to Hahn Ready-Mix's location at
3636 W. River Drive, Davenport, Iowa.

On October 30, 2018, while transporting the equipment, Curry's Transportation's driver,



Daniel Portillo struck a bridge in South Holland, Illinois damaging Hahn Ready-Mix's equipment.

Hahn Ready-Mix hereby asserts liability for the loss/damage to its equipment against Curry's Transportation in the amount of $28,266.88.  See credit service remittance dated 2/15/19 from Hahn Ready-Mix to Kimble Mixer attached hereto as Exhibit "B".

This Notice of Claim is sent to Curry's Transportation in compliance with 49 C.F.R §370.3(b).

Should you have any further questions or need any additional information to evaluate Hahn Ready-Mix's claim, please let me know.

Thanking you for your attention to this matter, I am,

Sincerely yours,

Kevin L. Halligan

KLH/my
Enclosure (2)
Cc:  Andrea Meier, Hahn Ready-Mix

2

**Kimble Mixer Company (dba) HSVG**
330-308-6700 (PH)
330-339-4892 (FX)

# *Quotation*

| Quote Number |
|---|
| Q181212 |

*Ship To Address:*

**HAHN READY MIX_C**
3732 W. RIVER DR
DAVENPORT,  IA 52802

*Bill To Address:*

**HAHN READY MIX_C**
HAHN READY MIX
3636 W. RIVER DR.
DAVENPORT,  IA 52802

*Ship To Contact:*

*Bill To Contact:*
GARY
563-322-1757 (PH)
gfues@hahnrmc.com

| Sales Person | Discount Type | Expiration Date | Currency Code | Currency Rate |
|---|---|---|---|---|
| LESLIE HAUGHT | | 8/31/2018 | US | 1.00 |

| Line | Part Number and Description | Quantity | UOM | Price | Extended Price |
|---|---|---|---|---|---|
| 001 | 500086-023<br>WELDMENT, ROLLER PEDESTAL MIX  SUO205 | 3.00 | EA | $2,503.80 | $7,511.40 |
| 002 | S03-00430-00<br>PAD, BUMPER,4" X 4" X 5/8" | 8.00 | EA | $19.15 | $153.20 |
| 003 | 700525-069<br>PLATE, PEDESTAL SPACER  1/2", K2200C  POWDER COATED | 32.00 | EA | $28.25 | $904.00 |
| 004 | S03-00DB0-00<br>NUT PLATE, DRUM ROLLER, K2000 REAR PED   POWDER COATED | 12.00 | EA | $13.09 | $157.08 |
| 005 | 700533-039<br>BRACKET, CHUTE CENTER SWITCH  K2200    POWDER COATED | 4.00 | EA | $18.39 | $73.56 |
| 006 | 500088-021<br>WELD, CHARGE HOPPER K2200C  MIX  SUO205 | 3.00 | EA | $993.32 | $2,979.96 |
| 007 | 500088-016<br>WELD, HOOP, CHARGE HOPPER  MIX  SUO205 | 3.00 | EA | $287.24 | $861.72 |
| 008 | 700533-084<br>SPACER, CHARGE HOPPER   POWDER COATED | 12.00 | EA | $6.23 | $74.76 |
| 009 | 700533-085<br>PLATE, HOPPER CLAMP PLATE   POWDER COATED | 3.00 | EA | $9.91 | $29.73 |
| 010 | 700526-041<br>PLATE, SPACER, POWDER COATED **DO NOT ORDER** | 6.00 | EA | $10.09 | $60.54 |
| 011 | 500089-007<br>WELDMENT, COLLECTOR, REAR DISCHARGE  MIX  SUO205 | 3.00 | EA | $258.25 | $774.75 |
| 012 | 700527-040<br>PLATE, COLLECTOR, LH  SUO 205 | 3.00 | EA | $30.55 | $91.65 |
| 013 | 700527-038<br>PLATE, COLLECTOR   POWDER COATED | 6.00 | EA | $8.71 | $52.26 |

10/31/2018
3:58:24PM


EXHIBIT
"A"

Kimble Mixer Company (dba) HSVG
330-308-6700 (PH)
330-339-4892 (FX)

# *Quotation*

| Quote Number |
| --- |
| Q181212 |

| Line | Part Number and Description | Quantity | UOM | Price | Extended Price |
|------|----------------------------|----------|-----|-------|----------------|
| 014 | 300209-005<br>DRUM, WIPER-3/16"-NEOPRENE | 6.00 | EA | $4.94 | $29.64 |
| 015 | 700527-039<br>PLATE, COLLECTOR, RH  SUO 205 | 3.00 | EA | $34.25 | $102.75 |
| 016 | 600024-010<br>ASSY, K2200C MAIN CHUTE W/TAPERED FLIP  MIX  SUO205 | 3.00 | EA | $863.90 | $2,591.70 |
| 017 | 500097-013<br>WELDMENT, CHUTE PIVOT SUPPORT  POWDER COATED | 3.00 | EA | $276.48 | $829.44 |
| 018 | 300157-003<br>SEAL, SHAFT | 6.00 | EA | $49.13 | $294.78 |
| 019 | 700529-171<br>TUBE, SHAFT SPACER, NO PAINT | 3.00 | EA | $29.91 | $89.73 |
| 020 | 700529-175<br>STUD, PIVOT SHAFT | 3.00 | EA | $2.79 | $8.37 |
| 021 | 700529-170<br>KEY, CYL LUG, NO PAINT | 3.00 | EA | $6.31 | $18.93 |
| 022 | 500097-014<br>WELDMENT, CHUTE CYL. LUG  STD ONLY   POWDER COATED | 3.00 | EA | $112.66 | $337.98 |
| 023 | 700529-169<br>SHAFT, LUG KEEPER  POWDER COATED | 3.00 | EA | $12.75 | $38.25 |
| 024 | 500097-029<br>WELDMENT, SWING STOP  POWDER COATED | 3.00 | EA | $75.55 | $226.65 |
| 025 | 700529-179<br>PLATE, BRAKE DISC        POWDER COATED | 3.00 | EA | $43.93 | $131.79 |
| 026 | 500086-044<br>WELDMENT, CHUTE RACK  MIX   SUO205 | 3.00 | EA | $100.11 | $300.33 |
| 027 | S15-000F0-00<br>ROLLER, ASSY., DRUM, KIMBLE, 10" DIA.   SUO205 | 6.00 | EA | $244.50 | $1,467.00 |
| 028 | 700533-086<br>SHIM, DRUM ROLLER    SUO510 | 12.00 | EA | $2.75 | $33.00 |
| 029 | C99-02804-00<br>SPRING, LATCH   SUO205 | 3.00 | EA | $10.19 | $30.57 |
| 030 | 200006-106<br>BUSHING, BRONZE, 1" ID, 1.25" OD | 3.00 | EA | $2.92 | $8.76 |
| 031 | H41-10110-00<br>CYLINDER, LATCH,TRAILER   PAINTED | 3.00 | EA | $152.24 | $456.72 |
| 032 | 700535-016<br>PLATE, TRAILER LATCH   SUO205 | 3.00 | EA | $78.68 | $236.04 |

10/31/2018
3:58:24PM

**Kimble Mixer Company (dba) HSVG**
330-308-6700 (PH)
330-339-4892 (FX)

# *Quotation*

| Quote Number |
|:---:|
| Q181212 |

| Line | Part Number and Description | Quantity | UOM | Price | Extended Price |
|------|------|------|------|------|------|
| 033 | 500088-010<br>WELD, DRUM DEBOUNCER   POWDER COATED | 6.00 | EA | $38.00 | $228.00 |
| 034 | 700066-238<br>PLATE, LADDER SUPPORT  MIX  SUO205 | 3.00 | EA | $68.27 | $204.81 |
| 035 | 500022-057<br>WELDMENT, K2200C PLATFORM MIX  SUO205 | 3.00 | EA | $523.07 | $1,569.21 |
| 036 | 700533-321<br>SPACER, K2200 FRONT PED<br><br>Customer Part Number:  1" STEEL PLATES | 12.00 | EA | $16.76 | $201.12 |
| 037 | 500088-041<br>WELD, K2200C ROLLER PED SPACERS POWDER COATED<br><br>Line Item Notes:<br>THESE ARE NEEDED FOR A 46 IN DISCHARGE | 6.00 | EA | $113.05 | $678.30 |
| 038 | 300209-008<br>RUBBER, CHUTE BOOT, K2200C | 3.00 | EA | $43.42 | $130.26 |
| 039 | 200006-108A<br>BEARING CONE, TAPERED ROLLER | 6.00 | EA | $86.39 | $518.34 |
| 040 | 200006-108B<br>BEARING CUP, TAPERED ROLLER | 6.00 | EA | $51.64 | $309.84 |
| 041 | 300188-018<br>CYL, CHUTE,2-1/2 DIA BORE X 1-1/2 ROD X 15 L STRK   PAINTED | 3.00 | EA | $196.20 | $588.60 |
| 042 | 700529-214<br>PLATE, SPRING      POWDER COATED | 3.00 | EA | $13.41 | $40.23 |
| 043 | 500088-053<br>WELD, CHUTE BRAKE SUPPORT,  POWDER COATED | 3.00 | EA | $53.84 | $161.52 |
| 044 | 500022-058<br>WELDMENT, LADDER LOWER  MIX  SUO205 | 3.00 | EA | $171.28 | $513.84 |
| 045 | 500022-059<br>WELDMENT, LADDER UPPER  MIX  SUO205 | 3.00 | EA | $221.94 | $665.82 |
| 046 | 200042-016<br>SHOULDER SCREW, S.S., 1/2" DIA X 3/4" LG SHLD, 3/8-16 THREAD | 12.00 | EA | $1.87 | $22.44 |
| 047 | 200042-025<br>SHOULDER SCREW, S.S., 1/2" DIA X 1" LG SHLD, 3/8-16 THREAD | 6.00 | EA | $7.65 | $45.90 |
| 048 | 200042-026<br>SHOULDER SCREW, S.S., 1/2" DIA X 5/8" LG SHLD, 3/8-16 THREAD | 3.00 | EA | $6.77 | $20.31 |
| 049 | 700533-461<br>STOP, CHUTE BRAKE, POWDER COATED | 3.00 | EA | $12.58 | $37.74 |

10/31/2018
3:59:24PM

**Kimble Mixer Company (dba) HSVG**
330-308-6700 (PH)
330-339-4892 (FX)

# *Quotation*

| Quote Number |
|:---:|
| Q181212 |

| Line | Part Number and Description | Quantity | UOM | Price | Extended Price |
|------|---------------------------|----------|-----|-------|----------------|
| 050 | MISC LABOR<br>MISCELLANEOUS SHOP LABOR<br><br>Customer Part Number:  TO ASSEMBLE REAR PED | 1.00 | EA | $1,000.00 | $1,000.00 |
| 051 | C69-63137-00<br>YOKE, 5/8 X 1-3/8, LATCH CYLINDER, ASSY | 3.00 | EA | $4.48 | $13.44 |
| 052 | C96-10100-00<br>BUSHING, BRASS, 1" ODx.625" IDx1" | 6.00 | EA | $4.25 | $25.50 |
| 053 | 700505-167<br>PLATE, PLATFORM CLAMP   POWDER COATED | 3.00 | EA | $20.96 | $62.88 |
| 054 | C99-01004-00<br>SPRING, LATCH, 4" LG, 37/64 OD, .072" WIRE DIAMETER, SS | 3.00 | EA | $6.41 | $19.23 |
| 055 | S07-00CK0-00<br>LATCH, ASSY, PIVOT LADDER   POWDER COATED | 3.00 | EA | $44.94 | $134.82 |
| 056 | 700533-403<br>BRACKET, REAR PED   POWDER COATED | 6.00 | EA | $15.13 | $90.78 |
| 057 | 700533-026<br>BRACKET, LADDER SUPPORT PLATE MOUNT     POWDER COATED | 6.00 | EA | $10.35 | $62.10 |
| 058 | 700505-161<br>PLATE, PLATFORM CLAMP   POWDER COATED | 3.00 | EA | $8.90 | $26.70 |
| 059 | 700505-162<br>PLATE, PLATFORM CLAMP   POWDER COATED | 3.00 | EA | $9.00 | $27.00 |
| 060 | 200004-309<br>U-BOLT, 3/8"-16 x 1-1/4" THRD LENGTH, FOR 1-1/4" O.D. | 6.00 | EA | $1.68 | $10.08 |
| 061 | S01-00790-00<br>PLATE, CHUTE REST BOTTOM,   POWDER COATED | 3.00 | EA | $14.47 | $43.41 |
| 062 | S03-00920-00<br>SLIDE, PENDANT BOX | 6.00 | EA | $14.05 | $84.30 |
| 063 | H43-10011-00<br>CYLINDER, CHARGE HOPPER    **SEE NOTES***  PAINTED | 3.00 | EA | $175.12 | $525.36 |
| 064 | 200082-109<br>PIN, CLEVIS, W/ FITTINGS & PIN, 1" DIA X 2" LONG | 6.00 | EA | $7.99 | $47.94 |
| 065 | 200006-109<br>SLEEVE, HIGH LOAD OIL EMBEDDED, 3/4 OD X 1/2 ID X 5/8 LG | 6.00 | EA | $1.70 | $10.20 |
| 066 | 200082-105<br>PIN, CLEVIS, 1/2 DIA X 1-3/4 UL | 6.00 | EA | $0.62 | $3.72 |
| 067 | LABOR<br>IN SHOP REPAIR | 2.00 | EA | $150.00 | $300.00 |

10/31/2018
3:58:24PM

**Kimble Mixer Company (dba) HSVG**
330-308-6700 (PH)
330-339-4892 (FX)

# *Quotation*

| Quote Number |
|:---:|
| Q181212 |

| Line | Part Number and Description | | Quantity | UOM | Price | Extended Price |
|---|---|---|---|---|---|---|
| | Customer Part Number: | TO SCRAP 3 REAR PEDSTALS DAMAGED | | | | |

| Notes: | | |
|---|---|---|
| | **Quote** | Subtotal Amount: $29,380.78 |
| | | Sales Tax: $0.00 |
| | | **Quote Total Amount:  $29,380.78** |

10/31/2016
3:58:24PM



**HAHN READY MIX COMPANY**
**3630 WEST RIVER DRIVE**
**DAVENPORT, IA 62802**

### Credit Service Remittance

KIMBLE MIXER CO.
3851 REISER AVE SE
NEW PHILADELPHIA OH 44663

10643
02/15/19
1086



EXHIBIT
"B"