AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Christopher L. Suals (Registered Agent)**, who is designated by law to accept service of process on behalf of *(name of organization)* **Curry's Transportation** on *(date)* **9-6-2019** ; or **Secure @ 3:30 PM**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **45.00** for travel and $ **30.00** for services, for a total of $ **75.00** ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: **9-8-2019**

Server's signature

**James E. Reistroffer - V. Pres.**
Printed name and title

**J-I Polygraph-Investigation, LTD.**

**4754 Pheasant Creek Avenue**
Server's address

Additional information regarding attempted service, etc:
**Davenport, Iowa 52807**
**563-343-4506**