AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DANIEL PORTILLO__
was received by me on *(date)* __9/6/2019__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Julie Portillo (Roommate/wife)__, a person of suitable age and discretion who resides there,
on *(date)* __9-7-2019__, and mailed a copy to the individual's last known address; or __311 Zearing Avenue, Princeton, IL__

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __50.60__ for travel and $ __30.00__ for services, for a total of $ __80.00__.

I declare under penalty of perjury that this information is true.

Date: __9-8-2019__

*Server's signature*
__James E. Reistroffer V-Pres__
*Printed name and title*
__J.I Polygraph-Investigator, LTD__
__4754 Pheasant Creek Avenue__
*Server's address*
__Davenport, Iowa 52807__
__563-343-4506__

Additional information regarding attempted service, etc: